IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 17-10101-STA

ANTONIO GAULDIN,

    Defendant.

ORDER RESETTING SCHEDULING CONFERENCE AND NOTICE OF RESETTING

Upon motion of the defendant, consent of the Unites States, and for good cause shown, it is hereby:

ORDERED, ADJUDGED, and DECREED that the scheduling conference is reset to January 11, 2018 at 9:00 a.m.

Entered this 13th day of December, 2017.

                                        s/S. Thomas Anderson
                                        S. Thomas Anderson
                                        Chief United States District Judge