**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10101-STA-1 |
| ANTONIO LEREN GAULDIN, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on February 6, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Antonio Leren Gauldin, appearing in person, and with counsel, Michael Stengel.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 5 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 29, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 6th day of February, 2018.

                                                            s/ S. Thomas Anderson
                                                          CHIEF JUDGE, U. S. DISTRICT COURT