IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 17-10101-STA

ANTONIO GAULDIN,

    Defendant.

---

ORDER RESETTING SENTENCING AND NOTICE OF RESETTING

---

Upon motion of the defendant, consent of the Unites States, and for good cause shown, it is hereby:

ORDERED, ADJUDGED, and DECREED that the sentencing is reset to **Monday, June 25, 2018** at **11:00 a.m.**

Entered this 22nd day of May, 2018.

                                                      s/S. Thomas Anderson
                                                      S. Thomas Anderson
                                                      Chief United States District Judge